# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:07-cr-198-Orl-28GJK

**FAYSON SMITH**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Roger B. Handberg, III |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Michael W. Nielsen |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Lisa Kindel |
| **DATE/TIME:** | April 18, 2008 10:30-10:55 a.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Counts Four and Five of the Indictment.

IMPRISONMENT:   9 Months on each of Counts 4 and 5 to run concurrent.

Supervised Release:   2 years on each of Counts 4 and 5 to run concurrent.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

    Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

    Community Service Program:   Perform 100 hours in lieu of paying a fine.

    Credit Card Condition:   Open no new credit, make no new large purchases, etc.

    Other:   Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:   Waived.

Special Assessment:   $200.00.

Restitution:   $4,000.00 to FEMA.

DISMISSED COUNTS:   One through Three of the indictment on the motion of U.S. Attorney.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:   Defendant is advised of right to appeal.