

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2009 JUL 20 PM 4: 31

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

-vs-

FAYSON SMITH

Case Number: 6:07-CR-198-ORL-28GJK

USM Number: 87687-008

Clarence W. Counts, Jr., FPD
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen and Eighteen of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive Urinalysis for Cannabinoids | February 3, 2009 |
| Two | Failure to Participate in Drug Aftercare Treatment | February 9, 2009 |
| Three | Failure to Follow the Instructions of the Probation Officer | February 10, 2009 |
| Four | Failure to Notify ten days prior to any change in residence | February 9, 2009 |
| Six | Failure to Participate in Drug Aftercare Treatment | February 16, 2009 |
| Seven | Positive Urinalysis for Cannabinoids | February 20, 2009 |
| Eight | Failure to Submit to Urinalysis | March 4, 2009 |
| Nine | Failure to Participate in Drug Aftercare Treatment | March 9, 2009 |
| Ten | Failure to Participate in Drug Aftercare Treatment | March 11, 2009 |
| Eleven | Failure to Participate in Drug Aftercare Treatment | March 12, 2009 |
| Twelve | Failure to Submit to Urinalysis | March 18, 2009 |
| Thirteen | Failure to Participate in Drug Aftercare Treatment | March 18, 2009 |
| Fourteen | Failure to Participate in Drug Aftercare Treatment | March 23, 2009 |
| Eighteen | Failure to Participate in Drug Aftercare Treatment | March 26, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions Five, Fifteen, Sixteen, Seventeen and is discharged as to such violations condition.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

7/17/2009

_____
JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

July 20, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal